Ahmad **FAYAZI–AZAD**, Petitioner,

v.

**IMMIGRATION AND NATURALIZA-
TION SERVICE, Respondent.**

No. 85–7246.

United States Court of Appeals,
Ninth Circuit.

Submitted June 10, 1986.*

Decided June 19, 1986.

Ahmad F. Fayazi-Azad, pro se.

Richard M. Evans, Morris H. Deutsch, Dept. of Justice, Washington, D.C., for respondent.

Before WALLACE, ALARCON, and WIGGINS, Circuit Judges.

**ORDER**

Fayazi-Azad's petition for review of the BIA's order denying his application for asylum and withholding of deportation,

---

* The panel finds this case appropriate for submission without oral argument pursuant to Fed.R. App.P. 34(a) and 9th Cir.R. 3(f).

filed on May 2, 1985, is not a final order appealable in this court. On December 27, 1984, prior to filing his petition for review, Fayazi-Azad filed a motion to reopen his deportation proceedings. The BIA has not yet adjudicated Fayazi-Azad's motion to reopen. Where a petitioner elects to file a motion to reopen *before* seeking judicial review, the "otherwise appealable final order becomes no longer appealable in this court until the motion is denied or the proceedings have been effectively terminated." *Hyun Joon Chung v. INS*, 720 F.2d 1471, 1474 (9th Cir.1983), *cert. denied*, 467 U.S. 1216, 104 S.Ct. 2659, 81 L.Ed.2d 366 (1984). Because the time for filing a petition for judicial review on the underlying order does not begin to run until the agency acts upon the motion to reopen, it is not necessary for a petitioner to file a protective appeal from the BIA's original decision in order to preserve the issues raised therein. *Id.*

The petition is DISMISSED.

■ In order to afford Fayazi-Azad the opportunity to seek a stay of deportation from the BIA pending resolution of his motion to reopen, we stay our mandate for 30 days. *See Bu Roe v. INS*, 771 F.2d 1328, 1335 (9th Cir.1985).